## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# **NOTICE OF DISMISSAL**

**DEBTOR INFORMATION:**
Meir Siboni
aw aw Elite Investment Management Group LLC

**BANKRUPTCY NO.**  2:23–bk–18208–NB

**CHAPTER**  11

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**   xxx–xx–4501
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 11/25/25

**Address:**
228 S McCadden Pl
Los Angeles, CA 90004

You are notified that an order was entered **DISMISSING** the above–captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Order of dismissal with permanent bar. Refer to order for additional information, docket entry 283.

Dated: November 25, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm–ndms Rev. 06/2017

**285 / LL**